PETERS v. EMPIRE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by Hannah Peters against the Empire Life Insurance Company. No opinion. Motion denied, on payment of $10 costs.

---

PHELPS, Appellant, v. FARGO, Respondent. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Julius E. Phelps against James C. Fargo, as president of the American Express Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

PIERCE, Appellant, v. APPLE, Respondent. (Supreme Court, Appellate Term. February 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by Louis Pierce against Sol H. Apple. From a judgment in favor of defendant, plaintiff appeals. Reversed. I. Cohn, for appellant. McBurney & McBurney, for respondent.

McCALL, J. Irrespective of the question that the contract sought to be enforced by the defendant was not a contract made by the then owner of the premises, but was one executed by a person purporting to be the agent of a firm that never had any title to the premises, this judgment should be reversed, because, even if it had been made by the owner, it was a mere collateral personal undertaking, which did not bind the plaintiff in this action. Judgment reversed, with costs, and judgment directed for the plaintiff, with costs.

SCOTT, J., concurs.

GIEGERICH, J. (concurring). I concur upon the additional ground that it appears from the conceded facts that the plaintiff purchased without notice. Henck v. Barnes, 84 Hun, 546, 550, 32 N. Y. Supp. 840.

---

PIERCE v. NEWLIN. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Carlton B. Pierce against James M. Newlin. No opinion. Motion denied, with $10 costs.

---

PIERCE, Appellant, v. SEABURY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Emma A. Pierce against Adelaide O. Seabury and another. No opinion. Appeal dismissed, upon stipulation, with costs of the appeal to the respondents.

---

PLATT, Respondent, v. ELIAS et al., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by John R. Platt against Hannah Elias and others. F. S. Black, for appellants. J. D. Warren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

PLATT v. ELIAS et al. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by John R. Platt against Hannah Elias and others. No opinion. Application denied.

PLUM'S ESTATE v. MANN et al. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) In the matter of estate of Anna L. Plum against Francis N. Mann and another, as executors, and Otto Kelsey, as comptroller. No opinion. Motion denied.

---

POPPER et al., Appellants, v. KOPPEL, Respondent. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Herman Popper, Joseph Popper, and Lewis Steinhardt against Dora Koppel. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re POST. (Supreme Court, Appellate Division, Third Department. March 14, 1905.) In the matter of the removal of Henry H. Post from the office of trustee of the village of Gouverneur, N. Y., and president of the board of water commissioners of said village. No opinion. Petition dismissed, on the ground that the material allegations are alleged upon information and belief only.

---

In re POST. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) In the matter of the removal of Henry H. Post from the offices of trustee of the village of Gouverneur, N. Y., and president of the board of water commissioners of said village.

PER CURIAM. Application denied, on the ground that, although the petition is not in form on information and belief, the affidavits submitted on the part of the said Post show that the petitioners could not have had personal knowledge of the facts therein stated; no supporting affidavits having been served upon said Post.

---

POWELL v. HARRISON et al. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Martin Powell against Everett Harrison and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, J., not sitting.

---

POWELL v. HARRISON et al. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Martin Powell against Everett Harrison and others.

PER CURIAM. Motion granted staying all proceedings in Surrogate's Court until the determination of the appeal now pending in the Court of Appeals, on condition that the printed papers on the appeal now pending be filed in the Court of Appeals on or before March 20th.

---

POWERS, Respondent, v. STRAUSS et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Ten Eyck Powers against David H. Strauss and Leopold Hutter. No opinion. Order affirmed, with $10 costs and disbursements.

---

PRAY et al., Appellants, v. C. A. BLANCHARD CO., Respondent. (Supreme Court, Appellate Division. First Department. March 10, 1905.) Action by John A. Pray and others against the C. A. Blanchard Company. C. F.